**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

In re:

HEYWOOD HEALTHCARE, INC.
*et al.*[1]

        Debtors

Chapter 11
Case No. 23-40817-EDK
(Jointly Administered)

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned enters his appearance as proposed counsel for the Official Committee of Unsecured Creditors of Heywood Healthcare, Inc., *et al.* (the "<u>Committee</u>") and requests, pursuant to sections 352(a) and 1109(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"); and the Local Rules of this Court that all notices given or required to be given and all papers served or required to be served be directed to the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that nothing herein is intended to be or should be construed as a waiver of any right (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury (as applicable), or (iii) to have the District Court withdraw the reference (if appropriate).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Heywood Healthcare, Inc. (0658); the Henry Heywood Memorial Hospital (3581); Athol Memorial Hospital (6583); Heywood Medical Group, Inc. (3589); Athol Memorial Hospital NMTC Holdings, Inc., (2189); Quabbin Healthcare, Inc. (7153); and Heywood Realty Corporation (7447).

Dated: October 24, 2023

Respectfully submitted,

*/s/ Andrew C. Helman*

Andrew C. Helman (BBO# 679155)
DENTONS BINGHAM GREENEBAUM LLP
One Beacon Street, Suite 25300
Boston, Massachusetts  02108
(207) 619-0919
andrew.helman@dentons.com

## CERTIFICATE OF SERVICE

I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Dated: October 24, 2023                    Respectfully submitted,

                                           /s/ Andrew C. Helman

23221862.v1