**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

In re:

HEYWOOD HEALTHCARE, INC.
*et al.*[1]

Debtors

Chapter 11
Case No. 23-40817-EDK
(Jointly Administered)

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO OBJECT TO THE MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (III) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (IV) MODIFYING THE AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING AND (VI) GRANTING RELATED RELIEF**
**[Emergency Determination Requested]**

The Official Committee of Creditors of Heywood Healthcare, Inc. (the "Committee") files

this motion (the "Motion") requesting entry of an order enlarging the Committee's deadline to

object or respond to the *Motion of the Debtors for Entry of Interim and Final Orders (I)*

*Authorizing Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured*

*Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V)*

*Scheduling a Final Hearing and (VI) Granting Related Relief* [Dkt. No. 14] (the "Cash Collateral

Motion"), filed by Heywood Healthcare, Inc. *et al.* (the "Debtors"), to a date to be determined in

consultation with the Court at the hearing scheduled for November 2, 2023.  The Debtors as well

as Siemens Public, Inc. (the "Bondholder") and Siemens Financial Services, Inc. (the "Term

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Heywood Healthcare, Inc. (0658); the Henry Heywood Memorial Hospital (3581); Athol Memorial Hospital (6583); Heywood Medical Group, Inc. (3589); Athol Memorial Hospital NMTC Holdings, Inc., (2189); Quabbin Healthcare, Inc. (7153); and Heywood Realty Corporation (7447).

**Error! Unknown document property name.**

Lender" and together with the Bondholder, the "Lenders") consent to the relief requested in this Motion.

In support of this Motion, the Committee states as follows:

1.      On October 1, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code commencing cases that are jointly administered cases pursuant to the Court's order [Dkt. No. 18].

2.      On October 5, 2023, the Court entered its *Interim Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Second Interim Hearing and (VI) Granting Related Relief* [Dkt. No. 68] (the "First Interim Order"). Pursuant to the First Interim Order, the deadline for parties to object to entry of an order authorizing the use of cash collateral on a final basis is October 26, 2023 (the "Objection Deadline").

3.      The United States Trustee filed its notice of appointment forming the Committee [Dkt. No. 127] late in the day on Friday October 20, 2023.  The Committee selected Dentons as counsel the afternoon of Tuesday October 24, 2023.

4.      The Committee requires additional time to complete its review of the Cash Collateral Motion and to address any issues and objections with the Debtors and the Lenders informally with the goal of reducing issues for judicial determination and to conserve estate resources.

5.      To that end, the Committee already has had preliminary and productive discussions with the Debtors and separately with the Lenders regarding the cases and desires productive discussions to continue.  Based on these discussions, the Committee understands that the Debtors,

with the Lenders' consent, will request entry of another interim order authorizing use of cash collateral for approximately five weeks on terms similar to those in the First Interim Order and request a final hearing on December 7, 2023.

6.      In concept and subject to the proposed order, the Committee does not oppose entry of a second interim order or a final hearing on December 7, 2023.  Such an order will provide the Committee, Debtors, Lenders and any other necessary parties with additional time to discuss and (ideally) resolve any objections prior to a hearing on entry of an order authorizing use of cash collateral on a final basis.

7.      At the request of the United States Trustee, the deadline extension requested by this Motion shall also be applicable to the United States Trustee.

8.      No parties will be prejudiced by the relief requested in this Motion, and estate resources will likely be conserved.

## **CONCLUSION**

Based on the foregoing, the Committee respectfully requests that the Court enter an order substantially in the form filed with this Motion (A) granting this Motion; (B) enlarging the Objection Deadline to a date to be determined in consultation with the Court at the hearing scheduled for November 2, 2023; and (C) grant such further and additional relief as the Court deems proper.

*Remainder of page intentionally left blank*

Dated: October 24, 2023

*/s/ Andrew C. Helman* \*
Andrew C. Helman (BBO# 679155)
Dentons Bingham Greenebaum LLP
One Beacon Street, Suite 25300
Boston, Massachusetts  02108
(207) 619-0919
andrew.helman@dentons.com

and

Sam J. Alberts (BBO# 679155, federal
admission forthcoming)
Dentons US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 408-7004
sam.alberts@dentons.com

and

Lauren M. Macksoud (*pro hac vice*
forthcoming)
Dentons US LLP
1221 Avenue of the Americas
Ste. 25th Floor
New York, NY 10020
(212) 768-5347
lauren.macksoud@dentons.com

and

Kyle D. Smith (*pro hac vice* forthcoming)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
(207) 553-8368
kyle.d.smith@dentons.com

*Proposed Counsel to the Official Committee
of Unsecured Creditors of Heywood
Healthcare, Inc.*

\*       Pursuant to Rule 8(b)(2) of MLBR Appendix 8 (Electronic Filing Rules), Attorney
Helman certifies that he has obtained authority from each of following attorneys to insert
their conformed signatures to indicate their assent to this Motion

4

ASSENTED TO:

| | |
|---|---|
| HEYWOOD HEALTHCARE, INC. et al. | SIEMENS PUBLIC, INC., AND SIEMENS FINANCIAL SERVICES, INC. |

*/s/ Alissa Nann\**

Alissa Nann (admitted *pro hac vice*)
FOLEY & LARDNER LLP
90 Park Ave
New York, NY 10016
(212) 682-747
anann@foley.com

*/s/ Brian I. Swett \**

Brian I. Swett (admitted *pro hac vice*)
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NR  10020
(212) 548-2100
bswett@mcguirewoods.com

5

**CERTIFICATE OF SERVICE**

I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system as identified on the Electronic Service List set forth below.

Dated: October 26, 2023                    Respectfully submitted,

                                           */s/ Andrew C. Helman*
                                           Andrew C. Helman
                                           Dentons Bingham Greenebaum LLP
                                           One Beacon Street, Suite 25300
                                           Boston, Massachusetts  02108
                                           (207) 619-0919
                                           andrew.helman@dentons.com

**Electronic Service List**

- John Allen    jallen@mccarter.com
- Joseph M. Ammar    ammar@millercanfield.com
- Joseph H. Baldiga    jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com
- Christopher M. Candon    ccandon@sheehan.com, asrimouksavanh@sheehan.com;kstavaski@sheehan.com
- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Douglas K. Clarke    dclarke@riemerlaw.com, ndailey@riemerlaw.com
- Jonathan Deily    jtenczar@lippes.com, jsternheimer@lippes.com
- Tamar N. Dolcourt    tdolcourt@foley.com
- Jennifer V. Doran    jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com
- David Fine    dfine@MirickOConnell.com
- John M. Flick    jflick@flicklawgroup.com, rstephano@flicklawgroup.com
- Peter Foundas    pfoundas@robinskaplan.com
- Steven E. Fox    sfox@riemerlaw.com, dromanik@riemerlaw.com
- Jake William Gordon    jake.gordon@foley.com
- Edward J. Green    egreen@foley.com, dnichols@foley.com;docketfoley@foley.com;teamheywood@stretto.com
- Andrew C. Helman    andrew.helman@dentons.com, samantha.hayes@dentons.com,tiffany.babcock@dentons.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Donald R. Lassman    don@lassmanlaw.com, lassmandr77558@notify.bestcase.com
- Alex F. Mattera    amattera@pierceatwood.com, lhawe@pierceatwood.com
- Stephen E. Meunier    stephen.meunier@usdoj.gov

6

- John J. Monaghan    bos-bankruptcy@hklaw.com, hapi@hklaw.com
- Alissa Nann    anann@foley.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Donald E. Rothman    drothman@riemerlaw.com
- Krzysztof Sobczak    ksobczak@sobczaklaw.com, kris.g.sobczak@gmail.com
- Frank P. Spinella    fspinella@wadleighlaw.com, jjones@wadleighlaw.com
- Mitchell E. Starr    mitch@mstarrlaw.com, starrpclaw@gmail.com,mstarrpclaw@outlook.com
- Joann Sternheimer    jsternheimer@lippes.com
- Brian Swett    bswett@mcguirewoods.com
- Lisa D. Tingue    lisa.d.tingue@usdoj.gov
- Adrienne K Walker    awalker@lockelord.com
- Amy A. Zuccarello    azuccarello@sandw.com, mcrane@sullivanlaw.com;kcostello@sullivanlaw.com