**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

In re:

HEYWOOD HEALTHCARE, INC.
*et al.*[1]

           Debtors

Chapter 11
Case No. 23-40817-EDK
(Jointly Administered)

**RESPONSE AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF HEYWOOD HEALTHCARE, INC. REGARDING**
**PENDING MOTIONS**

The Official Committee of Heywood Healthcare, Inc. (the "Committee") files this response and reservation of rights (the "Response") with respect to certain pending motions (the "Motions"), filed by Heywood Healthcare, Inc. et al. (collectively, the "Debtors") set for hearing before the Court on November 2, 2023, as follows:

1.      The Committee has worked cooperatively with the Debtors regarding the contents of the Motions and, while the Committee reserves all of its rights, it does not anticipate continuing objections with respect to the Motions based on the following understandings.

2.      The Committee has provided comments to the Debtors regarding a requested change to the proposed order granting the *Debtors' Motion for Order (I) Authorizing the Debtors to (A) Maintain Their Cash Management System and Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Perform Intercompany Transactions, and (II) Granting Related Relief* [Dkt. No. 5] (the "Cash

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Heywood Healthcare, Inc. (0658); the Henry Heywood Memorial Hospital (3581); Athol Memorial Hospital (6583); Heywood Medical Group, Inc. (3589); Athol Memorial Hospital NMTC Holdings, Inc., (2189); Quabbin Healthcare, Inc. (7153); and Heywood Realty Corporation (7447).

23232095.v1

Management Motion") on a final basis.  Provided this change is made, the Committee will have no objection to the Cash Management Motion.  Accordingly, the Committee reserves all of its rights pending conclusion of discussions with the Debtors.

3.      The Committee requested that any order granting the Debtor's motion to appoint Stretto as claims and noticing agent [Dkt. 9] provide that the Committee may utilize Stretto's services.  The Debtors have agreed to this request.

4.      The Committee understands that the Debtors will file a revised proposed order granting their motion for permission to pay prepetition taxes [Dkt. No. 10].  Subject to review of the proposed order, the Committee will not have any continuing objection.

5.      The Court previously entered an order enlarging the Committee's deadline to object to the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief* [Dkt. No. 14] (the "Cash Collateral Motion") to a date that is not yet set.  The Committee reserves all of its rights with respect to the Cash Collateral Motion.

6.      The Committee does not have other objections to the Motions.

7.      The Committee requests a waiver of the requirement in D. Ma. LBR 9013-2(i) that it admit or deny each of the allegations in the Motions or, alternatively, that the Court set a deadline to do so prior to a hearing granting the Motion on a final basis.

8.      This Response is preliminary in nature and intended to preserve rights of the Committee.  Accordingly, the Committee expressly reserves and preserves all rights, claims, arguments, defenses, and remedies with respect to the Motions or any other issue in this case.

2

23232095.v1

Dated: October 31, 2023

Respectfully submitted,

*/s/ Andrew C. Helman*
Andrew C. Helman (BBO# 679155)
Dentons Bingham Greenebaum LLP
One Beacon Street, Suite 25300
Boston, Massachusetts  02108
(207) 619-0919
andrew.helman@dentons.com

and

Sam J. Alberts (BBO# 679155, federal admission forthcoming, admitted *pro hac vice*)
Dentons US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 408-7004
sam.alberts@dentons.com

and

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
Ste. 25th Floor
New York, NY 10020
(212) 768-5347
lauren.macksoud@dentons.com

and

Kyle D. Smith (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME  04101
(207) 553-8368
kyle.d.smith@dentons.com

3

## CERTIFICATE OF SERVICE

I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system as identified on the Electronic Service List set forth below.

Dated: October 31, 2023                    Respectfully submitted,

_/s/ Andrew C. Helman_
Andrew C. Helman
Dentons Bingham Greenebaum LLP
One Beacon Street, Suite 25300
Boston, Massachusetts  02108
(207) 619-0919
andrew.helman@dentons.com

**Electronic Service List**

- John Allen    jallen@mccarter.com
- Joseph M. Ammar    ammar@millercanfield.com
- Joseph H. Baldiga    jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com
- Christopher M. Candon    ccandon@sheehan.com, asrimouksavanh@sheehan.com;kstavaski@sheehan.com
- Paul W. Carey    pcarey@mirickoconnell.com, bankrupt@mirickoconnell.com
- Douglas K. Clarke    dclarke@riemerlaw.com, ndailey@riemerlaw.com
- Jonathan Deily    jtenczar@lippes.com, jsternheimer@lippes.com
- Tamar N. Dolcourt    tdolcourt@foley.com
- Jennifer V. Doran    jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com
- David Fine    dfine@MirickOConnell.com
- John M. Flick    jflick@flicklawgroup.com, rstephano@flicklawgroup.com
- Peter Foundas    pfoundas@robinskaplan.com
- Steven E. Fox    sfox@riemerlaw.com, dromanik@riemerlaw.com
- Jake William Gordon    jake.gordon@foley.com
- Edward J. Green    egreen@foley.com, dnichols@foley.com;docketfoley@foley.com;teamheywood@stretto.com
- Andrew C. Helman    andrew.helman@dentons.com, samantha.hayes@dentons.com,tiffany.babcock@dentons.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Donald R. Lassman    don@lassmanlaw.com, lassmandr77558@notify.bestcase.com
- Alex F. Mattera    amattera@pierceatwood.com, lhawe@pierceatwood.com
- Stephen E. Meunier    stephen.meunier@usdoj.gov

4

23232095.v1

- John J. Monaghan    bos-bankruptcy@hklaw.com, hapi@hklaw.com
- Alissa Nann    anann@foley.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Donald E. Rothman    drothman@riemerlaw.com
- Krzysztof Sobczak    ksobczak@sobczaklaw.com, kris.g.sobczak@gmail.com
- Frank P. Spinella    fspinella@wadleighlaw.com, jjones@wadleighlaw.com
- Mitchell E. Starr    mitch@mstarrlaw.com, starrpclaw@gmail.com,mstarrpclaw@outlook.com
- Joann Sternheimer    jsternheimer@lippes.com
- Brian Swett    bswett@mcguirewoods.com
- Lisa D. Tingue    lisa.d.tingue@usdoj.gov
- Adrienne K Walker    awalker@lockelord.com
- Amy A. Zuccarello    azuccarello@sandw.com, mcrane@sullivanlaw.com;kcostello@sullivanlaw.com

5