UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: | ) ) | |
| HEYWOOD HEALTHCARE, INC., *et al.*[1] | ) ) ) | Chapter 11 Case No. 23-40817-EDK |
| Debtor | ) ) ) | |

UNITED STATES TRUSTEE'S RESPONSE AND RESERVATION OF RIGHTS
REGARDING PENDING MOTIONS

The United States Trustee submits this response and reservation of rights regarding certain "first day" pending motions (the "Motions") filed by Heywood Healthcare, Inc. er.al. (the "Debtors") scheduled for hearing on November 2, 2023.

1. The United States Trustee has conferred with the Debtors regarding the Motions. As a result of these consultations the United States Trustee believes the status of the Motions to be as follows:

2. With respect to the Debtors' cash management motion [Dkt. # 5], the Debtors will submit a  revised proposed order granting further interim relief and allowing the Debtors a total of seventy-five (75) days from the commencement of Debtors' cases to come into compliance with section 345(b) of the Code or to make other arrangements as agreed to by the United States Trustee and scheduling a further hearing date. As such, the United States Trustee does not anticipate objecting to this motion, but reserves all of his rights on all issues raised in the cash collateral motion pending final order.

---

1  The Debtors in these jointly administered Chapter 11 cases are: Heywood Healthcare, Inc. 23-40817; The Henry Heywood Memorial Hospital, 23-40818; Athol Memorial Hospital, 23-40819; Heywood Medial Group, Inc., 23-40821; Athol Memorial Hospital NMTC Holdings, Inc., 23-40821; Quabbin Healthcare, Inc., 23-40822; and Heywood Realty Corporation, 23-40823.

3.      Regarding the Consolidated Creditors Lists and Redaction of PII Motion [Dkt. # 3], the Debtors have agreed to provide the United States Trustee with more information regarding the number and type of entities whose certain information the Debtors would wish to redact or have protected by the Court, in order that the United States Trustee can determine that adequate notice will be provided to all entities, and that all entities will have been deemed to have filed a proof of claim if appropriate.  The Debtors will request a further hearing on this matter.  The United States Trustee reserves all of his rights with respect to this motion pending final order.

4.      With respect to the motion for authority to pay certain prepetition taxes and fees [Dkt. # 10], the United States Trustee understands that the Debtors will file a revised proposed order granting the motion. Subject to review of the proposed order and the procedures to be set forth therein, the United States Trustee does not anticipate filing any objection.  The United States Trustee reserves all rights with respect to this motion pending final order.

5.      The Court previously entered an order enlarging the deadline for the Committee and the United States Trustee to object to the Cash Collateral Motion [Dkt. # 14] to a date not yet set.  The United States Trustee reserves all of his rights with respect to the Cash Collateral Motion.

6.      The United States Trustee and the Debtors have agreed that the revised proposed order in the Stretto Application [Dkt. # 9] include a provision that if Stretto is to act in an administrative and/or advisory capacity, the Debtors shall file an application to employ Stretto for that purpose. As such, the United States Trustee does not anticipate filing any objection to the Stretto application, but reserves all rights with respect to this motion.

7.      The United States Trustee does not anticipate filing objections to the remaining motions.

8.      The United States Trustee expressly reserves all rights and the opportunity to rise and be heard, and to raise all arguments with respect to the Motions and any or all issues in this case.

Respectfully submitted,
WILLIAM K. HARRINGTON
United States Trustee, Region 1

By: _____/s/  Lisa D. Tingue__
Lisa D. Tingue (BBO # 633275)
Stephen E. Meunier (BBO # 546928)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
Telephone: (202) 503-7009
Email: lisa.d.tingue@usdoj.gov

Dated:  October 31, 2023

CERTIFICATE OF SERVICE

I, Lisa D. Tingue, hereby certify that on October 31, 2023, I caused a copy of the foregoing document to be served by email through the Court's ECF system to all entities and interested parties that are registered users thereof in this case.

_____/s/  Lisa D. Tingue
Lisa D. Tingue