# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEYWOOD HEALTHCARE, INC., et al.[1] | ) ) ) | Case No. 23-40817-EDK |
| | ) | Honorable Elizabeth D. Katz |
| Debtors-in-Possession. | ) ) | (Jointly Administered) |

## ORDER FURTHER MODIFYING THE INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL ON A NON-CONSENSUAL BASIS

Upon consideration of the motion (the "Motion")[2] of Debtors Heywood Healthcare, Inc. ("Heywood Healthcare"), The Henry Heywood Memorial Hospital ("Heywood Hospital"), Athol Memorial Hospital ("Athol Hospital"), Heywood Medical Group, Inc. ("Heywood Medical Group"), Athol Memorial Hospital NMTC Holdings, Inc. ("Athol NMTC"), Quabbin Healthcare, Inc. ("Quabbin"), and Heywood Realty Corporation ("Heywood Realty" and collectively with Heywood Healthcare, Heywood Hospital, Athol Hospital, Heywood Medical Group, Athol NMTC, and Quabbin, the "Debtors"), requesting entry of an order modifying the *Interim Order Authorizing Use of Cash Collateral on a Non-Consensual Basis* [Docket No. 821] (as amended by the Modification Order, the "Cash Collateral Order"); the Court having reviewed the Motion; and it appearing that proper, timely, adequate and sufficient notice of the Motion, the hearing thereon and the related objection deadline has been given in accordance with Bankruptcy Rules 2002; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED:

---

[1] The Debtors in these Chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal identification number are: Heywood Healthcare, Inc. (0658); The Henry Heywood Memorial Hospital (3581); Athol Memorial Hospital (6583), Heywood Medical Group, Inc. (3589), Athol Memorial Hospital NMTC Holdings, Inc. (2189), Quabbin Healthcare, Inc. (7153) and Heywood Realty Corporation (7447).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1. The "Current Budget" referenced in Paragraph D of the Cash Collateral Order shall be replaced by the Budget attached hereto as **Exhibit A**.

2. The reference to "August 16, 2024" in paragraph 3 of the Cash Collateral Order shall be replaced with "September 30, 2024."

3. The reference to "August 16, 2024, at 10:00 a.m." in paragraph 5 of the Cash Collateral Order shall be replaced with "September 30, 2024, at 10:00 a.m."

4. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) are satisfied by such notice.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. This Court shall retain jurisdiction to interpret and enforce this Order.

DATED:  8/16/2024

_____
HON. ELIZABETH D. KATZ
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

**Heywood Healthcare** (All Debtors)
Second Update to Seventh Interim Budget
For the Period Covering 8/16/24 through 9/27/24
($ in 000's, Weeks Ended)



### All Debtors Combined

| | Forecast 8/16/24 | Forecast 8/23/24 | Forecast 8/30/24 | Forecast 9/6/24 | Forecast 9/13/24 | Forecast 9/20/24 | Forecast 9/27/24 | Total |
|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | |
| A/R Receipts | $ 3,707 | $ 3,707 | $ 3,707 | $ 3,707 | $ 3,707 | $ 3,707 | $ 3,707 | $ 25,949 |
| Intercompany | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 1,225 |
| Other Revenue | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 2,170 |
| Non-Operating Receipts | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 329 |
| State Grant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Receipts** | 4,239 | 4,239 | 4,239 | 4,239 | 4,239 | 4,239 | 4,239 | 29,673 |
| **Operating Disbursements** | | | | | | | | |
| Payroll | $ (2,425) | $ (2,425) | $ (2,525) | $ (2,425) | $ (2,425) | $ (2,425) | $ (2,425) | $ (17,075) |
| Physician Incentives | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts Payable | (1,500) | (1,500) | (1,633) | (1,500) | (1,633) | (1,500) | (1,634) | (10,900) |
| Ordinary Course Professionals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lease Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intercompany | (200) | (200) | (200) | (200) | (200) | (200) | (200) | (1,400) |
| Insurance | (205) | (405) | (205) | (275) | (275) | (480) | (208) | (2,583) |
| Health Safety Net | 0 | 0 | (244) | (244) | 0 | 0 | 0 | (489) |
| Other Expenses | (6) | (153) | (61) | (78) | 0 | 0 | (6) | (457) |
| **Non-Operating Disbursements** | | | | | | | | |
| Non-Operating Entities | (22) | (22) | (22) | (22) | (22) | (22) | (22) | (154) |
| **Bankruptcy Costs** | | | | | | | | |
| Estate Professional Fees | (20) | (50) | 0 | (740) | 0 | (20) | (53) | (883) |
| Claims Agent (Stretto) | 0 | 0 | 0 | (15) | 0 | 0 | 0 | (15) |
| Restructuring Counsel (Foley & Lardner LLP) | 0 | 0 | 0 | (425) | 0 | 0 | 0 | (425) |
| Local and Conflicts Counsel (Flick Law Group) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Litigation Counsel (TBD) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Patient Care Ombudsman | (20) | 0 | 0 | 0 | 0 | (20) | 0 | (40) |
| UCC Financial Advisor (FTI Consulting) | 0 | 0 | 0 | (100) | 0 | 0 | 0 | (100) |
| UCC Counsel | 0 | 0 | 0 | (100) | 0 | 0 | 0 | (100) |
| Investment Banker (Houlihan Lokey) | 0 | (50) | 0 | (100) | 0 | 0 | (53) | (203) |
| US Trustee Fees | 0 | 0 | (400) | 0 | 0 | 0 | 0 | (400) |
| Bankruptcy Support Services (Huron Consulting Group) | 0 | 0 | 0 | 0 | (250) | 0 | 0 | (250) |
| Adequate Protection Interest and Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adequate Protection Professionals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility Deposit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DIP Due Diligence Deposit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Disbursements** | (4,378) | (4,755) | (5,290) | (5,239) | (5,010) | (4,381) | (5,536) | (34,590) |
| **Net Activity** | $ (139) | $ (516) | $ (1,051) | $ (1,000) | $ (771) | $ (142) | $ (1,297) | $ (4,917) |
| **Beginning Balance** | $ 14,353 | $ 14,214 | $ 13,698 | $ 12,647 | $ 11,647 | $ 10,876 | $ 10,734 | $ 14,353 |
| Beginning Balance (State Grant) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Beginning Balance (Cash Collateral) | 14,353 | 14,214 | 13,698 | 12,647 | 11,647 | 10,876 | 10,734 | 14,353 |
| **Ending Balance** | $ 14,214 | $ 13,698 | $ 12,647 | $ 11,647 | $ 10,876 | $ 10,734 | $ 9,436 | $ 9,436 |
| Ending Balance (State Grant) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance (Cash Collateral) | 14,214 | 13,698 | 12,647 | 11,647 | 10,876 | 10,734 | 9,436 | 9,436 |