# Exhibit A
## Disallow and Expunge

| Ref. No. | Claimant | Claim No. | Amount Asserted | Amount to be Disallowed | Reason to be Disallowed |
|---|---|---|---|---|---|
| 1. | WACHUSETT RADIOLOGY, INC. | 427 | $60,408.00 | $60,408.00 | This claim has already paid through the Plan as cure amount. |
| 2. | CARDINAL HEALTH 200, LLC | 456 | $37,755.90 | $37,755.90 | The claim is duplicative of Claim No. 453. |
| 3. | SURGI CARE, INC. | 475 | $1,766.46 | $1,766.46 | The claim is duplicative of Claim No. 479 and filed after the General Bar Date. |
| 4. | SURGI CARE, INC. | 479 | $1,766.46 | $1,766.46 | The claim was filed after the General Bar Date. |
| 5. | PAMELA’S LIST, LLC | 226 | $50,328.63 | $50,328.63 | The claim is not supported by the Debtors’ books and records. |