# Exhibit B
## Reclassify

| Ref. No. | Claimant | Claim No. | Amount Asserted | Amount to be Reclassified | Reason to be Reclassified |
|---|---|---|---|---|---|
| 1. | WARNER TECH-CARE PRODUCTS LLC | 302 | $191.89 | $191.89 | The claim does not satisfy requirements of 503(b)(9). |
| 2. | THERMO FISHER SCIENTIFIC, INC. | 443 | $6,807.11 | $6,152.37 | The claim does not satisfy requirements of 503(b)(9). |
| 3. | THERMO FISHER SCIENTIFIC, INC. | 438 | $34,818.43 | $21,705.28 | The claim does not satisfy requirements of 503(b)(9). |