# Exhibit C

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HEYWOOD HEALTHCARE, INC., *et al.*,[1] | ) | Case No. 23-40817 |
| | ) | |
| Debtors-in-Possession. | ) | Honorable Elizabeth D. Katz |
| | ) | |
| | ) | (Jointly Administered) |

**ORDER GRANTING FIRST OMNIBUS OBJECTION TO**
**PROOFS OF CLAIM (TO DISALLOW, REDUCE, OR RECLASSIFY CLAIMS)**

Upon consideration of the *First Omnibus Objection Proofs of Claim (to Disallow, Reduce, or Reclassify)* (the "Objection"), and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary, and upon the record herein and the hearing held on the Objection (if any); and upon due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is granted as set forth herein.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, (i) any secured, administrative, or priority claim asserted by the claims listed on **Exhibit A** are disallowed and expunged in their entirety, and (ii) the claims listed on **Exhibit B** are reclassified entirely to general unsecured claims.

3. This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Reorganized Debtors may hold against the claimants, including but not limited

[1] The Reorganized Debtors in these Chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Reorganized Debtor's federal identification number are: Heywood Healthcare, Inc. (0658); The Henry Heywood Memorial Hospital (3581); Athol Memorial Hospital (6583), Heywood Medical Group, Inc. (3589), Athol Memorial Hospital NMTC Holdings, Inc. (2189), Quabbin Healthcare, Inc. (7153) and Heywood Realty Corporation (7447).

to, claims under Chapter 5 of the Bankruptcy Code, and all claims and causes of action against such claimants shall be expressly preserved.

4. The Reorganized Debtors, the Court-approved claims and noticing agent, and the Clerk of this Bankruptcy Court are authorized to take all actions necessary or appropriate to give effect to this Order.

5. The terms and conditions of this Order are effective immediately upon entry.

6. The Bankruptcy Court has and will retain jurisdiction to interpret and enforce this Order according to its terms.

DATED: _______________

_______________________________
Hon. Elizabeth D. Katz
United States Bankruptcy Judge