# Exhibit A
## Disallow and Expunge

| Ref. No. | Claimant | Claim No. | Amount Asserted | Amount to be Disallowed | Reason to be Disallowed |
|---|---|---|---|---|---|
| 1. | HPC FOODSERVICE | 431 | $9,684.59 | $9,684.59 | The claim was filed after the General Bar Date. |
| 2. | GE Healthcare IITS USA Corp | 473 | $9,290.32 | $9,290.32 | The claim was filed after the General Bar Date. |
| 3. | ALP ASSOCIATES INC | 476 | $312.58 | $312.58 | The claim was filed after the General Bar Date. |
| 4. | InsiteOne, LLC a/k/a Brit Systems, LLC | 497 | $86,243.22 | $86,243.22 | The claim was filed after the General Bar Date. |
| 5. | Athol Automotive Supply | 480 | $103.92 | $103.92 | The claim was filed after the General Bar Date. |
| 6. | Huron Consulting Services LLC | 481 | $3,065,214.63 | $3,065,214.63 | The claim was filed after the General Bar Date. |
| 7. | LEAF Capital Funding, LLC | 486 | $25,756.96 | $25,756.96 | The claim was filed after the General Bar Date. |
| 8. | LEAF Capital Funding, LLC (100-5983691-002) | 485 | $701.50 | $701.50 | The claim was filed after the General Bar Date. |
| 9. | Jurgan Development and Mfg | 482 | $192.00 | $192.00 | The claim was filed after the General Bar Date. |
| 10. | Counterpulsation Inc. | 483 | $1,185.00 | $1,185.00 | The claim was filed after the General Bar Date. |
| 11. | LEAF Capital Funding, LLC (100-5983691-010) | 484 | $747.73 | $747.73 | The claim was filed after the General Bar Date. |
| 12. | Redacted Creditor 103016 | 496 | $0.00 | $0.00 | The claim was filed after the General Bar Date. |
| 13. | Redacted Creditor 101493 | 493 | $4,312.58 | $4,312.58 | The claim was filed after the General Bar Date. |
| 14. | Susan Marie McNamara | 494 | $959.98 | $959.98 | The claim was filed after the General Bar Date. |
| 15. | Redacted Creditor 103209 | 495 | $0.00 | $0.00 | The claim was filed after the General Bar Date. |
| 16. | Frank I Rounds Company | 499 | $4,387.65 | $4,387.65 | The claim was filed after the General Bar Date. |
| 17. | Redacted Creditor 106832 | 500 | $80.00 | $80.00 | The claim was filed after the General Bar Date. |
| 18. | Aircare Environmental Services | 503 | $10,988.00 | $10,988.00 | The claim was filed after the General Bar Date. |
| 19. | Redacted Creditor 105106 | 504 | $435.00 | $435.00 | The claim was filed after the General Bar Date. |
| 20. | Redacted Creditor | 505 | $25.00 | $25.00 | The claim was filed after the General Bar Date. |
| 21. | Insigma Inc | 506 | $58,097.45 | $58,097.45 | The claim was filed after the General Bar Date. |
| 22. | Massachusetts Department of Revenue | 509 | $471.79 | $471.79 | The claim was filed after the Governmental Bar Date. |
| 23. | Massachusetts Department of Revenue | 508 | $103,190.35 | $103,190.35 | The claim was filed after the Governmental Bar Date. |
| 24. | Centra Healthcare Solutions, Inc | 510 | $83,974.26 | $83,974.26 | The claim was filed after the General Bar Date. |

| Ref. No. | Claimant | Claim No. | Amount Asserted | Amount to be Disallowed | Reason to be Disallowed |
|---|---|---|---|---|---|
| 25. | Coloplast Corp | 512 | $13,327.00 | $13,327.00 | The claim was filed after the General Bar Date. |
| 26. | Arthrex Inc | 513 | | | The claim was filed after the General Bar Date. |
| 27. | Department of Treasury - Internal Revenue Service | 514 | $243,569.97 | $243,569.97 | The claim was filed after the Governmental Bar Date. |
| 28. | Department of Treasury - Internal Revenue Service | 515 | $277,000.00 | $277,000.00 | The claim was filed after the Governmental Bar Date. |
| 29. | Department of Treasury - Internal Revenue Service | 516 | $2,375,000.00 | $2,375,000.00 | The claim was filed after the Governmental Bar Date. |
| 30. | Merative US LP | 517 | $702.81 | $702.81 | The claim was filed after the General Bar Date. |
| 31. | David H. Gill, M.D. | 534 | $6,500.00 | $6,500.00 | The claim was filed after the General Bar Date. |
| 32. | David H. Gill, M.D. | 535 | $6,500.00 | $6,500.00 | The claim was filed after the General Bar Date. |
| 33. | Johnson Controls Fire Protection LP [a/k/a Simplex Grinnell] | 537 | $12,036.55 | $12,036.55 | The claim was filed after the General Bar Date. |
| 34. | M.M. Hayes Co. Inc. | 526 | $6,295.00 | $6,295.00 | The claim was filed after the General Bar Date. |
| 35. | Merative US LP | 517 | $702.81 | $702.81 | The claim was filed after the General Bar Date. |
| 36. | MRO Corporation | 536 | $26,888.34 | $26,888.34 | The claim was filed after the General Bar Date. |
| 37. | Star Storage | 531 | $970.50 | $970.50 | The claim was filed after the General Bar Date. |
| 38. | Star Storage | 530 | $445.00 | $445.00 | The claim was filed after the General Bar Date. |
| 39. | Stryker Corporation [a/k/a Stryker Orthopaedics] | 533 | $30,970.72 | $30,970.72 | The claim was filed after the General Bar Date. |
| 40. | Stryker Corporation [a/k/a Wright Medical] | 532 | $3,551.00 | $3,551.00 | The claim was filed after the General Bar Date. |
| 41. | HMS Heywood, LLC | 278 | $234,710.59 | $234,710.59 | The claim has been satisfied on account of the cure payment pursuant to the Plan. |
| 42. | M-M2 LLC | 268 | $54,138.16 | $54,138.16 | The claim has been satisfied on account of the cure payment pursuant to the Plan. |
| 43. | Advantage Drug Testing, LLC | 64 | $5,348.00 | $5,348.00 | The claim is duplicative of Claim No. 274. |
| 44. | American Solutions for Business [a/k/a American Business Forms] | 200 | $26,292.27 | $26,292.27 | The claim is duplicative of Claim No. 165. |
| 45. | Arc Mechanical [a/k/a American Refrigeration Company LLC] | 151 | $20,341.62 | $20,341.62 | The claim is duplicative of Claim No. 114. |
| 46. | BCM One, Inc. [a/k/a Nexvortex] | 377 | $2,168.86 | $2,168.86 | The claim is duplicative of Claim No. 378. |
| 47. | BDM Realty LLC | 150 | $17,888.70 | $17,888.70 | The claim is duplicative of Claim No. 12. |

| Ref. No. | Claimant | Claim No. | Amount Asserted | Amount to be Disallowed | Reason to be Disallowed |
|---|---|---|---|---|---|
| 48. | Chairtown Lumber Co. | 148 | $2,747.20 | $2,747.20 | The claim is duplicative of Claim No. 39. |
| 49. | Change Healthcare | 58 | $93,486.85 | $93,486.85 | The claim is duplicative of Claim No. 153. |
| 50. | Change Healthcare | 171 | $94,742.20 | $94,742.20 | The claim is duplicative of Claim No. 213. |
| 51. | Clearway Health, LLC [a/k/a Cornerstone Health Solutions, LLC] | 449 | $866,613.00 | $866,613.00 | The claim is duplicative of Claim No. 269. |
| 52. | CME Corp | 106 | $8,991.12 | $8,991.12 | The claim is duplicative of Claim No. 157. |
| 53. | DocuSign Inc | 78 | $26,800.00 | $26,800.00 | The claim is duplicative of Claim No. 176. |
| 54. | EL Harvey & Sons, Inc | 467 | $902.52 | $902.52 | The claim is duplicative of Claim No. 469. |
| 55. | Empire Engineering Co., Inc. | 22 | $5,339.41 | $5,339.41 | The claim is duplicative of Claim No. 40. |
| 56. | Empire Engineering Co., Inc. | 24 | $4,111.16 | $4,111.16 | The claim is duplicative of Claim No. 149. |
| 57. | Empire Engineering Co., Inc. | 23 | $540.26 | $540.26 | The claim is duplicative of Claim No. 26. |
| 58. | Empire Engineering Co., Inc. | 42 | $4,111.16 | $4,111.16 | The claim is duplicative of Claim No. 149. |
| 59. | Empire Engineering Co., Inc. | 161 | $540.26 | $540.26 | The claim is duplicative of Claim No. 26. |
| 60. | Endo Surgical Source | 129 | $1,936.95 | $1,936.95 | The claim is duplicative of Claim No. 100. |
| 61. | F.X. MASSE ASSOCIATES INC. | 272 | $5,100.00 | $5,100.00 | The claim is duplicative of Claim No. 335. |
| 62. | Flexcare LLC [d/b/a Flexcare Medical Staffing] | 384 | $40,684.38 | $40,684.38 | The claim is duplicative of Claim No. 390. |
| 63. | ForHealth Consulting at UMass Chan Medical School [a/k/a UMass Chan Medical School Commonwealth Med] | 303 | $41,289.27 | $41,289.27 | The claim is duplicative of Claim No. 323. |
| 64. | Gosselin/Martin Associates | 105 | $22,000.00 | $22,000.00 | The claim is duplicative of Claim No. 164. |
| 65. | Hannah M Raimon | 344 | $4,103,721.33 | $4,103,721.33 | The claim is duplicative of Claim No. 177. |
| 66. | Hannah M Raimon | 339 | $4,103,721.33 | $4,103,721.33 | The claim is duplicative of Claim No. 177. |
| 67. | HealthTronics Stone Solutions, LLC | 511 | $22,490.00 | $22,490.00 | The claim is duplicative of Claim No. 84. |
| 68. | Ian Hill | 401 | $0.00 | $0.00 | The claim is duplicative of Claim No. 471. |
| 69. | Invotec International Inc | 116 | $2,078.53 | $2,078.53 | The claim is duplicative of Claim No. 167. |
| 70. | Lance Mallet dba Mallet Rubbish & Recycling | 329 | $2,850.00 | $2,850.00 | The claim is duplicative of Claim No. 27. |
| 71. | LEAF Capital Funding, LLC (100-6308277-001) | 197 | $710.47 | $710.47 | The claim is duplicative of Claim No. 198. |
| 72. | LEAF Capital Funding, LLC (100-6308277-001) | 168 | $710.47 | $710.47 | The claim is duplicative of Claim No. 198. |



4915-8396-9302.2

| Ref. No. | Claimant | Claim No. | Amount Asserted | Amount to be Disallowed | Reason to be Disallowed |
|---|---|---|---|---|---|
| 73. | LEAF Capital Funding, LLC (100-6308277-002) | 196 | $2,674.28 | $2,674.28 | The claim is duplicative of Claim No. 198. |
| 74. | LEAF Capital Funding, LLC (100-6308277-002) | 169 | $2,674.28 | $2,674.28 | The claim is duplicative of Claim No. 198. |
| 75. | LEAF Capital Funding, LLC (100-6308277-003) | 170 | $965.74 | $965.74 | The claim is duplicative of Claim No. 198. |
| 76. | Linda Wyman | 119 | $1,301.16 | $1,301.16 | The claim is duplicative of Claim No. 99. |
| 77. | MARKET LAB | 309 | $2,300.00 | $2,300.00 | The claim is duplicative of Claim No. 241. |
| 78. | MASS LUNG & ALLERGY PC | 414 | $3,000.00 | $3,000.00 | The claim is duplicative of Claim No. 412. |
| 79. | Mass Lung & Allergy, PC | 163 | $1,500.00 | $1,500.00 | The claim is duplicative of Claim No. 160. |
| 80. | MASS Lung And Allergy PC | 186 | $1,500.00 | $1,500.00 | The claim is duplicative of Claim No. 160. |
| 81. | MASS Lung And Allergy PC | 185 | $3,000.00 | $3,000.00 | The claim is duplicative of Claim No. 412. |
| 82. | Med One Capital Funding, LLC | 392 | $1,050,462.61 | $1,050,462.61 | The claim is duplicative of Claim No. 394. |
| 83. | Pace Strategies, LLC | 3 | $15,142.50 | $15,142.50 | The claim is duplicative of Claim No. 45. |
| 84. | Pfizer Inc. | 142 | $3,763.10 | $3,763.10 | The claim is duplicative of Claim No. 144. |
| 85. | Scott Capone DBA Pro Kleen | 69 | $24,960.00 | $24,960.00 | The claim is duplicative of Claim No. 322. |
| 86. | Signet Electronic Systems Inc. | 11 | $27,015.01 | $27,015.01 | The claim is duplicative of Claim No. 158. |
| 87. | Smith And Nephew Endoscopy [a/k/a Smith & Nephew, Inc.] | 326 | $8,608.00 | $8,608.00 | The claim is duplicative of Claim No. 423. |
| 88. | Smith And Nephew Endoscopy [a/k/a Smith & Nephew, Inc.] | 421 | $8,608.00 | $8,608.00 | The claim is duplicative of Claim No. 423. |
| 89. | SomnoTek [a/k/a Teresal Bradbury] | 15 | $14,098.00 | $14,098.00 | The claim is duplicative of Claim No. 270. |
| 90. | Treace Medical Concepts, Inc. | 30 | $5,545.00 | $5,545.00 | The claim is duplicative of Claim No. 306. |
| 91. | U.S. Department of Health and Human Services, CMS | 429 | $3,147.84 | $3,147.84 | The claim is duplicative of Claim No. 461. |
| 92. | Utah Medical Products, Inc. | 159 | $1,333.14 | $1,333.14 | The claim is duplicative of Claim No. 184. |
| 93. | W.W. Grainger, Inc. | 156 | $29,659.93 | $29,659.93 | The claim is duplicative of Claim No. 201. |
| 94. | Waterstone Petersham LLP | 387 | $1,279,825.91 | $1,279,825.91 | The claim is duplicative of Claim No. 446. |
| 95. | Weld Power Service Company Inc [a/k/a Weld Power Generator] | 66 | $7,958.78 | $7,958.78 | The claim is duplicative of Claim No. 291. |
| 96. | Weld Power Service Company Inc [a/k/a Weld Power Generator] | 65 | $19,830.72 | $19,830.72 | The claim is duplicative of Claim No. 292. |
| 97. | Wintrust Equipment Finance, a | 388 | $124,457.81 | $124,457.81 | The claim is duplicative of Claim No. 389. |

| Ref. No. | Claimant | Claim No. | Amount Asserted | Amount to be Disallowed | Reason to be Disallowed |
|---|---|---|---|---|---|
| | division of Wintrust Asset Finance | | | | |
| 98. | Alexandria Card | 286 | $0.00 | $0.00 | The claim provides insufficient documentation. |
| 99. | Euromarket Design Inc | 367 | $0.00 | $0.00 | The claim provides insufficient documentation. |
| 100. | Jennifer Lachance | 342 | $0.00 | $0.00 | The claim provides insufficient documentation. |
| 101. | Megan Rubner | 182 | $0.00 | $0.00 | The claim provides insufficient documentation. |
| 102. | Rockland Trust Company | 422 | $0.00 | $0.00 | The claim provides insufficient documentation. |