# EXHIBIT A

## (CLAIMS TO DISALLOW AND EXPUNGE)

| **Ref. No.** | **Claimant** | **Claim No.** | **Amount Asserted** | **Amount to be Disallowed** | **Reason to be Disallowed** |
|---|---|---|---|---|---|
| 1 | Allergan Aesthetic, division of AbbVie, Inc. | 104 | $22,623.08 | $22,623.08 | The POC has insufficient supporting documents. |
| 2 | BDM Realty LLC | 95 | $17,888.70 | $17,888.70 | The claim does not match the Debtors' books and records. |
| 3 | Clearway Health LLC | 269 | $866,613.00 | $119,095.91 | The claim does not match the Debtors' books and records. |
| 4 | F.X. Masse Associates Inc. | 335 | $5,100.00 | $5,100.00 | The claim does not match the Debtors' books and records. |
| 5 | Filter Sales & Services, Inc. | 166 | $18,175.20 | $18,175.20 | The Liquidating Trustee did not receive the claimant's W-9. |
| 6 | Filter Sales & Services, Inc. | 188 | $18,175.20 | $18,175.20 | The Liquidating Trustee did not receive the claimant's W-9. |
| 7 | Global Healthcare Exchange LLC | 2628261 | $13,519.15 | $13,519.15 | The Liquidating Trustee did not receive the claimant's W-9. |
| 8 | Harley Ellis Devereaux Corp. | 361 | $160,005.62 | $160,005.62 | This claim has been paid and satisfied. |
| 9 | Heywood Green Street LLC | 397 | $7,597,971.91 | $7,597,971.91 | The claim does not match the Debtors' books and records. |
| 10 | Ian Hill | 471 | $100,000.00 | $100,000.00 | Claim is treated by the Plan and applicable insurance policies. |
| 11 | Jigsaw Medical LLC | 316 | $1,747.50 | $1,747.50 | The POC has insufficient supporting documents. |
| 12 | Kristin Geyster | 289 | $66,048.00 | $66,048.00 | Claim is treated by the Plan and applicable insurance policies. |
| 13 | MLA Mass Lung & Allergy | 411 | $3,000.00 | $3,000.00 | The claim is duplicative of claim 412. |
| 14 | Molly Velasco | 2628418 | $450.00 | $450.00 | The Liquidating Trustee did not receive the claimant's W-9. |
| 15 | Richard K. Rogers | 74 | $14,085.51 | $14,085.51 | The claim does not match the Debtors' books and records. |
| 16 | Sumitomo Mitsui Finance and Leasing Company Ltd. | 210 | $555,752.00 | $555,752.00 | The Liquidating Trustee did not receive the claimant's W-9. |
| 17 | T. Slocum Incorporated | 428 | $502,302.91 | $499,782.91 | The claim does not match the Debtors' books and records. |
| 18 | Urquhart Family LLC | 385 | $64,547.31 | $22,970.13 | The claim does not match the Debtors' books and records. |
| 19 | Waterstone Petersham LLP | 446 | $1,279,825.91 | $1,279,825.91 | The claim does not match the Debtors' books and records. |

| | | | | | |
|---|---|---|---|---|---|
| 20 | Wintrust Equipment Finance | 389 | $124,457.81 | $124,457.81 | This claim was settled and paid. |
| 21 | John Bussiere | 521 | $1,000,000.00 | $1,000,000.00 | This claim was filed after the general bar date. |
| 22 | Philips Medical Capital LLC | 522 | $45,318 | $45,318 | This claim is duplicative of claim 436. |
| 23 | Yolanda Michaels | 540 | $2,500.00 | $2,500.00 | This claim was filed after the general bar date. |
| 24 | Alcor Scientific LLC | 539 | $550.00 | $550.00 | This claim was filed after the general bar date. |